Certificate Number: 14912-PAM-DE-028937355

Bankruptcy Case Number: 17-00948



14912-PAM-DE-028937355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2017, at 3:58 o'clock PM EDT, Christina Fletcher completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 17, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor