```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 17-00948-HWV
Christina M. Fletcher                                                   Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach            Page 1 of 1           Date Rcvd: Mar 07, 2019
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +Christina M. Fletcher,    179 Sanjo Drive,    Grantville, PA 17028-8682

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              Deborah A. Hughes    on behalf of Debtor 1 Christina M. Fletcher dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christina M. Fletcher,      Chapter 7

**Debtor 1**

Case No.     1:17–bk–00948–HWV

Social Security No.:
    xxx–xx–9770

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 7, 2019     By the Court,

*(signature)*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

**fnldec** (05/18)